JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ADAM RANDOLPH POWELL,

Petitioner,

v.

PATWIN HORN,

Respondent.

Case No. 2:25-cv-12096-SB-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: October 16, 2026

STANLEY BLUMENFELD, JR.
United States District Judge